AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>SIMMS, GINA L. | 2. Court or Organization<br><br>U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND | 3. Date of Report<br><br>05/13/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>MAGISTRATE JUDGE (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND
U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MD 20770

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2017 | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ (Self-Directed 401(k)) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | ▨ (SALARY) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMMS, GINA L. | 05/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | BAKER DONELSON | ENGRAVED CRYSTAL BOWL | $500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SUNTRUST BANK | PERSONAL LOAN | K |
| 2. | NAVIENT | COLLEGE LOAN | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMMS, GINA L. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. JUSTICE FEDERAL CREDIT UNION (cash) | A | Int./Div. | K | T | | | | | |
| 2. BANK OF AMERICA (cash) | A | Interest | J | T | | | | | |
| 3. SUNTRUST BANK (cash) | A | Interest | J | T | | | | | |
| 4. CAPITAL ONE BANK (cash) | A | Interest | | | Closed | 04/17/18 | J | | |
| 5. PNC BANK (cash) | A | Interest | K | T | | | | | |
| 6. WELLS FARGO BANK (cash) | A | Interest | J | T | | | | | |
| 7. TD BANK (cash) (X) | A | Interest | J | T | | | | | |
| 8. NEW YORK LIFE (whole life policy) | A | Int./Div. | K | T | | | | | |
| 9. US TREASURY DIRECT SERIES EE SAVINGS BOND | | None | J | T | | | | | |
| 10. US TREASURY DIRECT SERIES I SAVINGS BOND | | None | K | T | | | | | |
| 11. AMERICAN FUNDS, NEW PERSPECTIVE FUND A (ANWPX) | A | Dividend | J | T | | | | | |
| 12. THE WALT DISNEY COMPANY | A | Dividend | K | T | Sold (part) | 09/21/18 | J | | |
| 13. | | | | | Sold (part) | 10/29/18 | J | | |
| 14. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 15. AMERIPRISE INSURED MONEY MARKET (cash) | A | Interest | J | T | | | | | |
| 16. EATON VANCE ATLANTA CAP SMID CAP CL I (EISMX) | A | Dividend | J | T | | | | | |
| 17. IVY SCIENCE AND TECHNOLOGY CL I (ISTIX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMMS, GINA L. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EVENTIDE HEALTHCARE & LIFE SCIENCES CL I (ETIHX) | A | Dividend | J | T | | | | | |
| 19. OPPENHEIMER INTL SMALL-MID COMPANY CL Y (OSMYX) | A | Dividend | J | T | | | | | |
| 20. TOUCHSTONE SANDS CAP SELECT GROWTH CL Y (CFSIX) | D | Dividend | K | T | | | | | |
| 21. SENSATA TECHNOLOGIES HOLDING BV ALMELO (ST) | | None | | | Sold | 08/07/18 | J | B | |
| 22. AT&T INC (T) | A | Dividend | J | T | | | | | |
| 23. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 24. DXC TECHNOLOGY CO (DXC) | | None | J | T | Buy | 10/26/18 | J | | |
| 25. GENERAL ELECTRIC CO (GE) | A | Dividend | J | T | | | | | |
| 26. MONDELEZ INTL INC COM (MDLZ) | A | Dividend | J | T | | | | | |
| 27. PROCTOR & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 28. TARGET CORP (TGT) | A | Dividend | J | T | | | | | |
| 29. VALERO ENERGY CORP (VLO) | A | Dividend | J | T | | | | | |
| 30. WALMART STORES INC (WMT) | A | Dividend | J | T | | | | | |
| 31. CELGENE CORP (CELG) | | None | | | Sold | 10/26/18 | J | | |
| 32. CIRRUS LOGIC INC (CRUS) | | None | | | Sold | 10/26/18 | J | | |
| 33. KRAFT HEINZ CO (KHC) | A | Dividend | | | Sold | 10/26/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMMS, GINA L. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. RIVERSOURCE LIFE INSURANCE CO RAVA 5 ADVANTAGE VARIABLE ANNUITY (H) | | | | | | | | | |
| 35. COLUMBIA VP-MNGD VOL GROWTH FD CL 2 | A | Dividend | L | T | | | | | |
| 36. IRA #1 (H) | | | | | | | | | |
| 37. AMERIPRISE INSURED MONEY MARKET (cash) (X) | A | Interest | K | T | | | | | |
| 38. APTIV PLC (APTV) | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 39. ALBEMARLE CORP (ALB) | | None | J | T | Buy | 11/01/18 | J | | |
| 40. ALPHABET INC CL C (GOOG) | | None | J | T | Sold (part) | 02/02/18 | J | | |
| 41. AMAZON COM INC (AMZN) | | None | J | T | | | | | |
| 42. BAYER A G SPON ADR (BAYRY) | | None | J | T | Buy | 11/01/18 | J | | |
| 43. CHEVRON CORP (CVX) | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 44. CISCO SYSTEMS INC (CSCO) | | None | J | T | Buy | 11/01/18 | J | | |
| 45. CITIZENS FINANCIAL GROUP INC (CFG) | | None | J | T | Buy | 11/01/18 | J | | |
| 46. COCA-COLA COMPANY (KO) | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 47. COMCAST CORP CL A NEW (CMCSA) | | None | J | T | Buy | 11/01/18 | J | | |
| 48. DANA INC (DAN) | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 49. FACEBOOK INC CL A (FB) | | None | J | T | Buy | 02/16/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMMS, GINA L. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 50. FASTENAL CO (FAST) | | None | J | T | Buy | 11/01/18 | J | | |
| 51. FEDEX CORP (FDX) | | None | J | T | Buy | 11/01/18 | J | | |
| 52. FIRST HORIZON NATIONAL CORP (FHN) | | None | J | T | Buy | 11/01/18 | J | | |
| 53. GOLDMAN SACHS GROUP INC (GS) | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 54. INTL BUSINESS MACHINES CORP (IBM) | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 55. INTERNATIONAL PAPER COMPANY (IP) | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 56. JPMORGAN CHASE & CO (JPM) | | None | J | T | Buy | 11/01/18 | J | | |
| 57. JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 58. MERCK & COMPANY INC NEW (MRK) | | None | J | T | Buy | 11/01/18 | J | | |
| 59. ORANGE SPONS ADR (ORAN) | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 60. PFIZER INC (PFE) | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 61. PROCTER & GAMBLE CO (PG) | | None | J | T | Buy | 11/01/18 | J | | |
| 62. PRUDENTIAL FINANCIAL INC (PRU) | A | Dividend | J | T | Sold<br>(part) | 02/02/18 | J | | |
| 63. REGENERON PHARMACEUTICALS INC (REGN) | | None | J | T | | | | | |
| 64. 3M COMPANY (MMM) | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 65. TOTAL S A SPON ADR (TOT) | | None | J | T | Buy | 11/01/18 | J | | |
| 66. UNITED PARCEL SERVICE INC CL B (UPS) | A | Dividend | J | T | Buy | 02/16/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMMS, GINA L. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. VERIZON COMMUNICATIONS INC (VZ) | | None | J | T | Buy | 11/01/18 | J | | |
| 68. WESTPAC BANKING CORP SPON ADR (WBK) | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 69. IRA #2 (H) | | | | | | | | | |
| 70. AMERIPRISE INSURED MONEY MARKET (cash) (X) | A | Interest | J | T | | | | | |
| 71. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME CL A (CWGIX) | A | Dividend | J | T | | | | | |
| 72. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL A (ANCFX) | A | Dividend | J | T | | | | | |
| 73. AMERICAN FUND GROWTH FUND OF AMERICA CL A (AGTHX) | C | Dividend | K | T | | | | | |
| 74. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL A (AIVSX) | A | Dividend | J | T | | | | | |
| 75. AMERICAN FUNDS NEW ECONOMY CL A (ANEFX) | B | Dividend | J | T | | | | | |
| 76. AMERICAN FUNDS NEW PERSPECTIVE CL A (ANWPX) | A | Dividend | J | T | | | | | |
| 77. AMERICAN FUNDS SMALLCAP WORLD CL A (SMCWX) | B | Dividend | K | T | | | | | |
| 78. IRA #3 (H) | | | | | | | | | |
| 79. FIRST EAGLE GLOBAL I | B | Dividend | | | Sold | 10/15/18 | K | | |
| 80. VANGUARD FEDERAL MONEY MARKET INV FD | A | Dividend | | | Sold | 10/15/18 | J | | |
| 81. TEMPLETON GLOBAL BOND ADV | A | Dividend | | | Sold | 10/15/18 | J | | |
| 82. COHEN & STEERS INSTITUTIONAL REALTY SHARES | A | Dividend | | | Sold | 10/15/18 | J | | |
| 83. VANGUARD SMALL CAP INDEX INST | A | Dividend | | | Sold | 10/15/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMMS, GINA L. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 84. T ROWE PRICE GROWTH FUND | E | Dividend | | | Sold | 10/15/18 | L | | |
| 85. VANGUARD MID CAP INDEX INST | A | Dividend | | | Sold | 10/15/18 | K | | |
| 86. OPPENHEIMER DEVELOPING MARKETS I | A | Dividend | | | Sold | 10/15/18 | J | | |
| 87. MFS GLOBAL EQUITY FUND R4 | A | Dividend | | | Sold | 10/15/18 | K | | |
| 88. 401(k) #1 (H) | | | | | | | | | |
| 89. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CLASS R6 | | None | K | T | | | | | |
| 90. VANGUARD BENEFIT INDEX FUND | | None | | | Sold | 06/01/18 | M | | |
| 91. VANGUARD INSTITUTIONAL 500 INDEX TRUST | | None | M | T | Buy | 06/01/18 | M | | |
| 92. HOTCHKINS & WILEY SMALL CAP VALUE FUND DLASS I | | None | K | T | | | | | |
| 93. DODGE & COX INTERNATIONAL STOCK FUND' | | None | K | T | | | | | |
| 94. VANGUARD EXPLORER FUND ADMIRAL | | None | K | T | | | | | |
| 95. VANGUARD HIGH YIELD CORP FUND ADMIRAL CLASS | | None | K | T | Buy | 06/01/18 | K | | |
| 96. VANGUARD TOTAL BOND MARKET INDEX FUND INST PLUS | | None | | | Sold | 06/01/18 | K | | |
| 97. VANGUARD INSTITUTIONAL TOTAL BOND MARKET INDEX TRUST | | None | K | T | Buy | 06/01/18 | K | | |
| 98. GOLDMAN SACHS HIGH YIELD INSTL CLASS | | None | | | Sold | 06/01/18 | K | | |
| 99. BLACKROCK LIQUIDITY FUNDS FED FUND CLASS INSTITUTIONAL | | None | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br><br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| SIMMS, GINA L. | 05/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II, line 1: Ended June 2018.

Part VII, line 14: During 2018, Brokerage Accounts #1 and #2 of the initial report were merged into what is now reported as Brokerage Account #1.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| SIMMS, GINA L. | 05/13/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ GINA L. SIMMS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544